O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST HARMON,<br><br>  Petitioner,<br><br>vs.<br><br>TIMOTHY E. BUSBY, Warden,<br><br>  Respondent. | Case No. EDCV 11-2025-DDP (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: November 16, 2012

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE