UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST HARMON,<br><br>   Petitioner,<br><br> vs.<br><br>TIMOTHY E. BUSBY, Warden,<br><br>   Respondent. | Case No. EDCV 11-2025-DDP (RNB)<br><br>**J U D G M E N T** |

  Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 16, 2012

                /s/ Dean D. Pregerson
                DEAN D. PREGERSON
                UNITED STATES DISTRICT JUDGE