ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
NOV 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST HARMON,<br><br>        Petitioner,<br><br>vs.<br><br>TIMOTHY E. BUSBY, Warden,<br><br>        Respondent. | Case No. EDCV 11-2025-DDP (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 16, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE